IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

TERRENCE L. EVERETT, SR.,

    Plaintiff,

v.                                                                             Civil Action No: 4:23cv140

WASTE CONNECTIONS US, INC. AND
BAY DISPOSAL, LLC,

    Defendants

**DEFENDANTS WASTE CONNECTIONS US, INC. AND BAY DISPOSAL, LLC'S PROPOSED WITNESS LIST**

    COME NOW Defendants Waste Connections US, Inc. (hereinafter, "WCUS") and Bay Disposal, LLC (hereinafter, "Bay Disposal" and collectively, the "Defendants"), by counsel and pursuant to this Court's Rule 16(b) Scheduling Order (Dkt. No. 48), to provide the following witness list for trial:

| WITNESS | BRIEF SUMMARY OF ANTICIPATED TESTIMONY |
|---|---|
| David Parrish | Mr. Parrish is the current Executive Director of Human Resources at Waste Connections US, Inc. He is expected to testify about the facts and circumstances of Plaintiff's request for reasonable accommodation in February 2023; Plaintiff's termination in November 2024; whether common management, interrelation between operations, centralized control of labor operations, and degree of common ownership and financial control exist between the Defendants; and Defendants' human resources policies and procedures. |
| John Morgan | Mr. Morgan currently serves as the Senior Human Resources Manager of the MidSouth Region with Waste Connections of Tennessee, Inc. He is expected to testify about whether common management, interrelation between operations, centralized control of labor operations, and degree of common ownership and financial control exist between the Defendants; and Defendants' human resources policies and procedures. |
| John Love | Mr. Love is the current Division Vice President of the Colonial Division with Waste Connections of North Carolina, Inc. He is expected to testify about whether common management, interrelation between operations, centralized control of labor operations, and degree of common ownership and financial control exist between the Defendants; and Defendants' policies and procedures. |
| Chas Burns | Mr. Burns currently serves as the Human Resources Manager of the Eastern Region with Waste Connections of North Carolina, Inc. He is expected to testify about the facts and circumstances of Plaintiff's request for reasonable accommodation in February 2023; Plaintiff's termination in November 2024; and Defendants' human resources policies and procedures. |
| Emmett Moore | Mr. Moore formerly served as the District Manager for Bay Disposal. He is expected to testify about the facts and circumstances of Plaintiff's request for reasonable accommodation in February 2023; Plaintiff's termination in November 2024; and the common management, interrelation between operations, centralized control of labor operations, and degree of common ownership and financial control between the Defendants; and Bay Disposal's reasonable accommodation and attendance policies and procedures as they were applied to Plaintiff. |
| Richard Hill | Mr. Hill formerly served as the Site Manager for Bay Disposal. He is expected to testify about the facts and circumstances of Plaintiff's request for reasonable accommodation in February 2023; and the common management, interrelation between operations, centralized control of labor operations, and degree of common ownership and financial control between the |

I-2966262.1

|  | Defendants; and Bay Disposal's reasonable accommodation policies and procedures as they existed during his employment. |
|---|---|
| Isaac Cameron | Mr. Cameron is the current Operations Manager at Bay Disposal. He is expected to testify about the facts and circumstances of Plaintiff's termination in November 2024; whether common management, interrelation between operations, centralized control of labor operations, and degree of common ownership and financial control exist between the Defendants; and Bay Disposal's reasonable accommodation and attendance policies and procedures. |
| Tyrone Moore | Mr. Moore is a current driver with Bay Disposal. He is expected to testify about his interaction with Plaintiff leading up to and including November 11, 2024. |
| Keith Sykes | Mr. Sykes is the current Safety Manager for the MidSouth Region with Waste Connections of Tennessee, Inc. He was formerly Plaintiff's supervisor at Bay Disposal and is listed as a rebuttal witness, in an abundance of caution. |
| Terrence Everett Deposition dated January 23, 2025 | 06:23-24; 13:11-15; 93:18-98:02; 98:15-99:13; 159:20-160:14; 160:20-162:21; 205:25-206:25; 208:25-209:14; 212:23-214:06; 214:11-215:04; 215:20-218:14; 265:07-265:22; 266:04-269:02; 315:15-317:02; 318:09-319:21; 319:24-323:09; 323:12-327:14; 363:11-364:18; 381:08-385:02 |

Dated: September 2, 2025

 By:  */s/ Christopher A. Abel*
   Christopher A. Abel | VSB No. 31821
   Michael D. Collett | VSB No. 98508
   Willcox & Savage, P.C.
   440 Monticello Avenue, Suite 2200
   Norfolk, Virginia 23510
   Telephone: 757.628.5547
   Facsimile: 757.628.5566
   cabel@wilsav.com
   mcollett@wilsav.com

   *Counsel for Waste Connections US, Inc. and Bay Disposal, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record:

Tim Schulte (VSB #41881)
Timothy E. Cupp (VSB #23017)
Blackwell N. Shelley, Jr. (VSB #28142)
Lila S. Shelley (VSB #100026)
Shelley Cupp Schulte, P.C.
3 West Cary Street
Richmond, Virginia 23220
(804) 644-9700
(804) 278-9634 [fax]
schulte@scs-work.com
shelley@scs-work.com

*Counsel for Plaintiff*

*/s/ Christopher A. Abel*
Christopher A. Abel

5

I-2966262.1